# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LaSHANTA ROBERTSON,

                Plaintiff,    :    Case No. 3:15-cv-251

                                                  District Judge Walter Herbert Rice
  - vs -                                  Magistrate Judge Michael R. Merz

MONTGOMERY COUNTY DEVELOPMENT
 CENTER, et al.,

                Defendant.    :

## PARTIAL DISMISSAL ORDER

      On Motion of the Plaintiff (ECF No. 24) and with the consent of the Defendants, it is hereby ORDERED that Plaintiff's claims under the Americans with Disabilities Act, state law claims and due process claims in her First Amended Complaint be and are hereby dismissed without prejudice. The case will proceed upon Plaintiff's pending claim for racial discrimination and retaliation under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. Sections 2000e, et seq. which will remain pending subject to this Court's ruling on Defendant's Motion to Dismiss for failure to state a claim.

March 23, 2016.

                                                                     s/ *Michael R. Merz*
                                                         United States Magistrate Judge